UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DEBORAH A. SCROGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 3:07-CV-00486-REP |
| | ) |
| TRANS UNION, LLC, ET AL. | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR ENTRY OF AGREED ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
AND CLARIFYING TIME FOR DEFENDANT, EXPERIAN INFORMATION
SOLUTIONS, INC. TO FILE RESPONSIVE PLEADINGS**

Plaintiff, Deborah A. Scroggins, and Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, pursuant to Local Rules 7(F)(2)(b), jointly move this Court for entry of an Agreed Order granting Plaintiff's Motion for Leave to File Amended Complaint and clarifying the time for Experian to file its responsive pleadings for the reasons set forth in the accompanying Memorandum in Support.

WHEREFORE, Plaintiff, Deborah A. Scroggins, and Defendant, Experian Information Solutions, Inc., by counsel, hereby requests that the Court enter an Order: (1) granting the Joint Motion for Entry of Agreed Order Granting Plaintiff's Motion for Leave to File Amended Complaint and Clarifying the Time for Defendant, Experian Information Solutions, Inc. to File Responsive Pleadings; (2) deeming Plaintiff's Amended Complaint to be filed; (3) clarifying that Experian's Motion for More Definite Statement is moot now that Plaintiff has filed an Amended Complaint; (4) clarifying that Experian must file its responsive pleadings, including its Answer,

to Plaintiff's Amended Complaint on or before October 12, 2007; and (5) awarding the parties such further relief as the Court deems appropriate.

| **DEBORAH A. SCROGGINS** | **EXPERIAN INFORMATION SOLUTIONS, INC.** |
|---|---|
| By: /s/<br>Matthew J. Erausquin,<br>Virginia State Bar No. 65434<br>Consumer Litigation Associates, P.C.<br>10560 Main Street, PH 15<br>Fairfax, Virginia 22030<br>Telephone: (703) 273-7770<br>Facsimile: (888) 892-3511<br>E-mail: matt@clalegal.com | By: /s/<br>David N. Anthony<br>Virginia State Bar No. 31696<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, Virginia 23219<br>Telephone: (804) 697-5410<br>Facsimile: (804) 698-5118<br>E-mail: david.anthony@troutmansanders.com |
| | Of Counsel<br><br>Christopher M. McLaughlin<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212<br>E-mail: cmmclaughlin@jonesday.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

Matthew J. Erausquin, Esq.
Consumer Litigation Associates, P.C.
3615-H Chain Bridge Road
Fairfax, VA 22030
Email: matt@clalegal.com

                 /s/
                David N. Anthony
                Virginia State Bar No. 31696
                *Attorney for Experian Information Solutions, Inc.*
                TROUTMAN SANDERS LLP
                1001 Haxall Point
                Richmond, VA 23219
                Telephone: (804) 697-5410
                Facsimile: (804) 698-5118
                E-mail: david.anthony@troutmansanders.com

*#1659907v1*